# United States District Court
# For The Western District of North Carolina
# Asheville Division

JOHN EDWARD PATTERSON,

    Petitioner,

vs.

UNITED STATES OF AMERICA,

    Respondent.

JUDGMENT IN A CIVIL CASE

CIVIL CASE No. 1:09cv179
[Criminal Case No. 1:06cr251-5]

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 9/26/2012 Memorandum of Decision and Order.

Signed: September 26, 2012

Frank G. Johns, Clerk
United States District Court